EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Michelle Brull Díaz | 2019 TSPR 32<br><br>201 DPR ____ |

Número del Caso:  TS-15,699

Fecha: 20 de febrero de 2019

Abogado de la parte peticionaria:

        Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Michelle Brull Díaz                    TS-15,699

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de febrero de 2019.

Luego de examinar la *Moción solicitando cambio de estatus de abogada activa en el registro único de abogados y abogadas*, presentada el 12 de febrero de 2019 por la Sra. Michelle Brull Díaz, se declara **ha lugar**. Por consiguiente, se ordena su reactivación a la profesión de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo